**McNEILL et al. v. NEVIUS et al.**

No. 10680.

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 17, 1950.

Decided Dec. 7, 1950.

Messrs. Wesley E. McDonald and Carl
G. Engling, Washington, D. C., with whom
Mr. Thomas Bruce Fuller, Washington,
D. C., was on the brief, for appellants.

Mr. Howard Boyd, Washington, D. C.,
with whom Messrs. Paul R. Connolly and
William B. Harvey, Washington, D. C.,
were on the brief, for appellees.

Before CLARK, FAHY and WASH-
INGTON, Circuit Judges.

CLARK, Circuit Judge.

The appellants brought suit in the United
States District Court for the District of
Columbia to recover commissions allegedly
due under a contract made in contemplation
of the sale of certain real estate to the Gov-
ernment. This contract between the owners
of the property, appellees, and the appel-
lants called for the latter (according to
their own version) to represent the owners
before various committees of Congress,
agencies, departments, and commissions of
the United States Government. It further
provided as compensation for the appellants
a two per cent commission of the purchase
price; the compensation was made contin-
gent on appellants' successfully making the
sale.

The lower court directed a verdict
for the appellees on the pleadings and the
opening statement at the conclusion of the
appellants' opening statement. The au-
thority of a Federal Court to do so is sup-
ported by the cases. McGovern v. Hitt,
1933, 62 App.D.C. 33, 64 F.2d 156, cer-
tiorari denied, 1933, 290 U.S. 637, 54 S.Ct.
54, 78 L.Ed. 554.

The directed verdict was made on
the ground that this contingent fee contract
to negotiate the sale of property to the
United States is contrary to public policy
and void. We have so held. Noonan v.
Gilbert, 1934, 63 App.D.C. 30, 68 F.2d 775;
Silverman v. Osborne Register Co., 1946,
81 U.S.App.D.C. 163, 155 F.2d 879, and cases
therein cited.

Affirmed.